UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kimberly Barat

Case No.: 19-25061
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __10/8/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2151 Llewellyn Pkwy
Forked River, NJ 08731

Value = $230,000

Liens on property:
Lien = $202,000

Minus 10% Estimated Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Chapter 7 Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25061-CMG
Kimberly Barat                                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin            Page 1 of 2            Date Rcvd: Sep 09, 2019
                           Form ID: pdf905        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db          +Kimberly Barat,    2151 Llewellyn Pkwy,    Forked River, NJ 08731-3818
518388619   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    P.O. Box 982234,    El Paso, TX 79998)
518388620   +Barclay's Bank,    700 Prides Crossing,    Newark, DE 19713-6102
518388623   #+Cawley & Bergmann, LLC,    117 Kinderkamack Rd, Ste 201,    River Edge, NJ 07661-1916
518388624   +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
518388625   +Citibank/AA Advantage,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
518391340   +Erich Jackson,    2151 Llewellyn Pkwy,    Forked River, NJ 08731-3818
518388630   +MRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518388632   +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
518388633   +NJ E-ZPass Violations Processing,    P.O. Box 4971,    Trenton, NJ 08650-4971
518388634   +Progressive Garden State Ins Co,    820 Bear Tavern Road, Ste 305,    Trenton, NJ 08628-1021
518388636   +Radius Global Solutions,    P.O. Box 390846,    Minneapolis, MN 55439-0846
518388639   +Rubin & Rothman,    P.O. Box 9003,    Islandia, NY 11749-9003
518388640   +Six Flags Theme Parks,    c/o Associated Credit Services, Inc,    115 Flanders Road Suite 140,
              PO Box 5171,    Westborough, MA 01581-5171
518388642   +Tenaglia & Hunt,    395 W. Passaic Street, Ste 205,    Rochelle Park, NJ 07662-3016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518423706    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 10 2019 00:07:08
              Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
              Arlington, TX 76096
518388621    E-mail/Text: bankruptcy@cavps.com Sep 10 2019 00:08:10    Cavalry Portfolio Services,
              P.O. Box 27288,    Tempe, AZ 85285
518388622   +E-mail/Text: bankruptcy@cavps.com Sep 10 2019 00:08:10    Cavalry SPV I, LLC,
              500 Summit Lake Drive #400,    Valhalla, NY 10595-2321
518388626   +E-mail/Text: data_processing@fin-rec.com Sep 10 2019 00:07:13    Financial Recovery Services,
              P.O. Box 385908,    Minneapolis, MN 55438-5908
518388627   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 10 2019 00:07:08    GM Financial,
              P.O. Box 183834,    Arlington, TX 76096-3834
518388628   +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 00:06:46    Kohl's,    P.O. Box 3043,
              Milwaukee, WI 53201-3043
518388629    E-mail/Text: camanagement@mtb.com Sep 10 2019 00:07:14    M&T Bank,    P.O. Box 900,
              Millsboro, DE 19966
518388631   +E-mail/PDF: pa_dc_ed@navient.com Sep 10 2019 00:16:49    Navient/Dept of Ed,    P.O. Box 9655,
              Wilkes Barre, PA 18773-9655
518388635   +E-mail/Text: bankruptcyteam@quickenloans.com Sep 10 2019 00:08:13    Quicken Loans,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
518388637   +E-mail/Text: bkrpt@retrievalmasters.com Sep 10 2019 00:07:46    RMCB,
              4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-3835
518388641    E-mail/Text: bankruptcy@td.com Sep 10 2019 00:07:53    TD Bank*,    Recovery Dept,
              P.O. Box 9547,    Portland, ME 04112
518388643   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 10 2019 00:06:23
              Verizon Wireless,    P.O. Box 4001,    Acworth, GA 30101-9002
                                                                                             TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518388638   ##+RMS,    P.O. Box 509,    Richfield, OH 44286-0509
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: pdf905            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2019 at the address(es) listed below:
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Kimberly  Barat sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```